# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELIAZAR J. HUERTA,<br><br>　　　　Defendant. | Case No. 1:18-mj-00051-SAB<br><br>ORDER STAYING EXECUTION OF ARREST WARRANT AND REQUIRING DEFENDANT ELIAZAR J. HUERTA TO SELF SURRENDER ON DECEMBER 16, 2018 AND APPEAR ON DECEMBER 20, 2018 |

On October 26, 2018, Defendant Eliazar J. Huerta plead guilty to operating a motor vehicle while his driver's license was suspended for operating a motor vehicle under the influence of alcohol or drugs in violation of 36 C.F.R. § 4.2(b) and California Vehicle Code § 14601.2(a). (ECF Nos. 10, 11.) Defendant was to surrender to the Fresno County Jail to serve 5 days on weekends. (ECF No. 11.) On November 27, 2018, an order on petition for violation of probation was filed and an arrest warrant issued. (ECF Nos. 12, 13.) Defendant was in violation of his conditions of probation because he failed to surrender to serve the final day of his sentence on November 24, 2018, and failed to pay a special assessment of $10.00 by November 15, 2018. (ECF No. 12.)

Upon request of his counsel to vacate the warrant, the Court shall stay the execution of the arrest warrant and Defendant shall be required to self-surrender to serve the remainder of his time in custody. Additionally, an arraignment and initial appearance shall be set for December

1

20, 2018, on Defendant's petition.

Accordingly, IT IS HEREBY ORDERED that:

1. The arrest warrant issued November 27, 2018 is STAYED until further order of the Court;

2. Defendant Eliazar Huerta shall self-surrender to the Fresno County Jail <u>no later</u> than 10:00 a.m. on Sunday, December 16, 2018, to serve the one day remaining in his sentence;

3. Defendant Eliazar Huerta shall be released <u>no earlier</u> than 10:00 a.m. on Monday, December 17, 2018;

4. An arraignment/initial appearance is set for December 20, 2018, at 10:00 a.m. in Courtroom 9; and

5. Defendant Eliazar Huerta shall personally appear at the December 20, 2018 hearing.

IT IS SO ORDERED.

Dated: **December 10, 2018**

UNITED STATES MAGISTRATE JUDGE