| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar No. 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA Bar No. 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ELIAZAR J. HUERTA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00051-SAB |
| Plaintiff, | **STIPULATION TO MODIFY SELF SURRENDER DATE; ORDER** |
| vs. | |
| ELIAZAR J. HUERTA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney Gary Leuis, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Eliazar J. Huerta, that the Court modify the order issued on December 10, 2018. (Dkt. 10).

On November 27, 2018, an order on petition for violation of probation was filed and an arrest warrant issued. (Dkt. 12). Defense counsel requested that the warrant be vacated and that Mr. Huerta be permitted to self-surrender and to complete the remainder of his time in custody. Due in part to a mistake made by defense counsel, the Court issued an order on December 10, 2018 (Dkt. 10), which stays the execution of the arrest warrant and orders Mr. Huerta to report to Fresno County Jail "no later than 10:00 a.m. on Sunday, December 16, 2018, to serve the one day remaining in his sentence".

Mr. Huerta requests a slight modification to the order. Because of his work schedule, he

respectfully requests that he be permitted to self-surrender no later than 10:00 a.m. on Saturday, December 15, 2018 to serve his last day of custody, and to be released no earlier than 10:00 a.m. on Sunday, December 16, 2018.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: December 11, 2018         */s/ Gary Leuis*
                                Gary Leuis
                                Special Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: December 11, 2018         */s/ Hope Alley*
                                HOPE ALLEY
                                Assistant Federal Defender
                                Attorney for Defendant
                                ELIAZAR J. HUERTA

## **O R D E R**

The Court hereby grants the parties' request to modify the December 10, 2018 Court order. Defendant Eliazar Huerta shall self-surrender to the Fresno County Jail no later than 10:00 a.m. on Saturday, December 15, 2018, to serve the one day remaining in his sentence. Defendant Eliazar Huerta shall be released no earlier than 10:00 a.m. on Sunday, December 16, 2018.

IT IS SO ORDERED.

Dated:   **December 11, 2018**

UNITED STATES MAGISTRATE JUDGE