# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:18-mj-00051-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S AMENDED STATUS REPORT** |
| v. ) | **ON UNSUPERVISED PROBATION** |
| ) | |
| ELIZAR HUERTA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a motor vehicle while driver's license is suspended for operating a motor vehicle under the influence of alcohol or drugs, in violation of 36 C.F.R. § 4.2(b) and CVC § 14601.2(a) |
| **Sentence Date:** | October 25, 2018 |
| **Review Hearing Date:** | September 5, 2019 |
| **Probation Expires On:** | October 25, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10 special assessment fee

☒ **The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 5 days to be served on weekends.**

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: August 29, 2019
      */s/ Jeffrey Spivak*
      Jeffrey Spivak
      Assistant United States Attorney

## DEFENDANT'S REQUEST:

In light of the information detailed in this status report, the defendant requests that the review hearing set for 9/5/2019 at 10:00 a.m.

☐ be continued to _____ at 10:00 a.m.; or

☒ be vacated.

DATED: August 29, 2019
      */s/ Matthew Lemke*
      Assistant Federal Defender
      Counsel for Elizar Huerta

## **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing set for September 5, 2019 at 10 a.m. be vacated

☐     DENIED.

IT IS SO ORDERED.

Dated: **August 30, 2019**

_____
UNITED STATES MAGISTRATE JUDGE